JORDAN S. ALTURA (SBN: 209431)
jaltura@grsm.com
REBECCA A. HULL (SBN: 99802)
rhull@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MCGUIRE, an individual, | CASE NO. 3:20-cv-00388-WHO |
| Plaintiff, | **AETNA LIFE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| AETNA LIFE INSURANCE COMPANY, a Connecticut corporation, | |
| Defendant. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Hartford Life and Accident Insurance Company

Dated: February 28, 2020          GORDON REES SCULLY MANSUKHANI, LLP


By  */s/ Jordan S. Altura*
       Jordan S. Altura
       Rebecca A. Hull
Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

-1-                Case No. 3:20-cv-00388-WHO
AETNA LIFE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS